# UNITED STATES DISTRICT COURT

for the

District of Connecticut

| | |
|---|---|
| AZAM <br> *Plaintiff* <br> v. <br> YALE UNIVERSITY <br> *Defendant* | Case No.    3:18-cv-01260-AWT |

## Identification of Initial Discovery Protocol for Employment Cases

To:     The Clerk of Court and all parties of record

The Initial Discovery Protocol does not apply to this case.

Date:     8.9.18

/s/
*Attorney's signature*

Michael McMinn
*Printed name and bar number*

8 Lunar Drive
Woodbridge, CT 06525
*Address*

mmcminn@axelrodlegal.com
*E-mail address*

(203) 389-6526
*Telephone number*

(203) 389-2656
*FAX number*

Rev. 1/28/13