```
                    QUNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT

-------------------------------- x
QAZI T. AZAM                     :
                                 :
                                 :
        Plaintiff,               :    Civil No. 3:18-CV-1260(AWT)
                                 :
v.                               :
                                 :
YALE UNIVERSITY                  :
                                 :
                                 :
        Defendant.               :
-------------------------------- x
```

## ORDER RE STATUS REPORT

On **May 1, 2019,** the parties shall file a joint status report advising the court about:

1. The status of discovery;

2. Any discovery issues foreseen by any party; and

3. The first date on which a settlement conference would be productive.

It is so ordered.

Signed this 25th day of October 2018, at Hartford, Connecticut.

                                    /s/ AWT
                               _____
                                Alvin W. Thompson
                           United States District Judge