**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| QAZI T. AZAM, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO. |
| | : 3:18-cv-01260-AWT |
| v. | : |
| | : |
| YALE UNIVERSITY | : DECEMBER 28, 2018 |
| Defendant. | : |

**NOTICE OF APPEARANCE**

Please enter the appearance of Eugene N. Axelrod, Esq. (ct00309), for the Plaintiff in the above-entitled matter.

                                          Respectfully submitted,
                                          PLAINTIFF,

                                          By: _____/s/
                                               Eugene N. Axelrod (ct00309)
                                               Axelrod & Associates, LLC
                                               8 Lunar Drive
                                               Woodbridge, CT 06525
                                               203-389-6526 (T)
                                               203-389-2656 (F)

## CERTIFICATION

I hereby certify that on December 28, 2018, a copy of the foregoing was electronically filed and served on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system of by mail to anyone unable to accept electronic filing through the Court's CM/ECF System.

                              By: _____/s/
                                    Eugene N. Axelrod (ct00309)