UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| QAZI T. AZAM | CIVIL ACTION NO. 3:18-CV-01260-AWT |
| Plaintiff, | |
| v. | |
| YALE UNIVERSITY | |
| Defendant. | APRIL 30, 2019 |

## JOINT STATUS REPORT

The parties, by and through their undersigned counsel, hereby submit their Joint Status Report per the Court's October 25, 2018 Order. Doc. 19.

### I. Status of Discovery

The deadline by which the parties are required to complete discovery is September 1, 2019. The defendant has served its initial disclosures and interrogatories and requests for production on April 29, 2019 and has noticed the plaintiff's deposition for June 14, 2019 on April 29, 2019. The plaintiff will be propounding his own discovery requests prior to May 13, 2019 and will notice depositions to take place, as necessary, prior to September 1, 2019.

### II. Foreseeable Discovery Issues

The parties do not foresee any discovery issues at this time.

### III. Settlement Conference

The parties do not anticipate that a settlement conference will be productive before, at the earliest, the close of discovery on September 1, 2019.

PLAINTIFF,
QAZI T. AZAM

BY: /s/
Eugene Axelrod (ct00309)
AXELROD & ASSOCIATED, LLC
8 Lunar Drive
Woodbridge, CT 06525
T: 203/389-6526
F: 203/389-2656
eaxaelrod@axelrodlegal.com

DEFENDANT,
YALE UNIVERSITY

BY:
Kevin C. Shea (ct13781)
CLENDENEN & SHEA, LLC
400 Orange Street
New Haven, CT 06511
Tel: 203/787-1183
Fax: 203/787-2847
office@clenlaw.com
kcs@clenlaw.com
bhl@clenlaw.com