UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| QAZI T. AZAM, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | CIVIL ACTION NO. |
| | : | 3:18-cv-01260-AWT |
| v. | : | |
| | : | |
| YALE UNIVERSITY | : | MAY 15, 2019 |
| | : | |
| Defendant. | : | |

**FIRST MOTION FOR ENLARGEMENT OF TIME**

The Plaintiff, pursuant to Fed. R. Civ. P.6(b) and Local R. 7(b), respectfully move for an Enlargement of Time of sixty (60) days to apply to all remaining case deadlines. The Plaintiff requires additional time to ensure the accurate and thorough compliance with Defendant's discovery requests. The plaintiff requests the deadline by which the parties are required to complete discovery be reset to November 1, 2019, and a corresponding 60-day extension of the other remaining case deadlines, including the deadline for the filing of dispositive motions, submission of the joint trial memorandum and the trial ready date. This the first request for enlargement of case deadlines. The Parties do not believe the administration of this case would be adversely affected by this request.

Plaintiff has spoken with and obtained consent of defendant's attorney, Kevin Shea.

2

        Respectfully submitted,

        PLAINTIFF,

        By: _____/s/_____
            Eugene N. Axelrod (ct00309)
            Axelrod & Associates, LLC
            8 Lunar Drive
            Woodbridge, CT 06525
            203-389-6526 (T)
            203-389-2656 (F)
            eaxelrod@axelrodlegal.com

## **CERTIFICATION**

    I hereby certify that on May 15, 2019 a copy of the foregoing was electronically filed and served on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system of by mail to anyone unable to accept electronic filing through the Court's CM/ECF System.

By:           /s/
          Eugene N. Axelrod (ct00309)