# EXHIBIT A

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| QAZI T. AZAM | : CIVIL ACTION NO. |
| | : 3:18-CV-01260-AWT |
| Plaintiff, | : |
| v. | : |
| | : |
| YALE UNIVERSITY | : |
| | : |
| Defendant. | : |
| | : APRIL 29, 2019 |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the defendant, Yale University, through counsel, will take the deposition of the plaintiff, QAZI T. AZAM, pursuant to Rule 30 *et seq.* of the Federal Rules of Civil Procedure on Friday, June 14, 2019, at 10:00 a.m. at Clendenen & Shea, LLC, 400 Orange Street, New Haven, Connecticut 06511, before Bonita Cohen or another duly authorized court reporter, which deposition shall continue until completed.

You are invited to attend and cross-examine.

THE DEFENDANT

By: _____
KEVIN SHEA, ESQ. (CT13781)
BENJAMIN LEVITES (CT30481)
Attorneys for Plaintiffs
Clendenen & Shea, LLC
400 Orange Street
New Haven, CT 06511
Telephone: 203-787-1183
Fax: 203-787-2847
kcs@clenlaw.com
bhl@clenlaw.com

**CERTIFICATION:**

This is to certify that a copy of the foregoing has been sent to all required parties by email on April 29, 2019.

_____
CLENDENEN & SHEA, LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| QAZI T. AZAM | : | CIVIL ACTION NO. |
| | : | 3:18-CV-01260-AWT |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY | : | |
| | : | |
| Defendant. | : | |
| | : | MAY 10, 2019 |

### RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the defendant, Yale University, through counsel, will take the deposition of the plaintiff, QAZI T. AZAM, pursuant to Rule 30 *et seq.* of the Federal Rules of Civil Procedure on Wednesday, June 26, 2019, at 10:00 a.m. at Clendenen & Shea, LLC, 400 Orange Street, New Haven, Connecticut 06511, before Bonita Cohen or another duly authorized court reporter, which deposition shall continue until completed.

You are invited to attend and cross-examine.

THE DEFENDANT

By: _____
KEVIN SHEA, ESQ. (CT13781)
BENJAMIN LEVITES (CT30481)
Attorneys for Plaintiffs
Clendenen & Shea, LLC
400 Orange Street
New Haven, CT 06511
Telephone: 203-787-1183
Fax: 203-787-2847
kcs@clenlaw.com
bhl@clenlaw.com

CERTIFICATION:

This is to certify that a copy of the foregoing has been sent to all required parties by email on May 10, 2019.

_____
CLENDENEN & SHEA, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| QAZI T. AZAM | : | CIVIL ACTION NO. |
| | : | 3:18-CV-01260-AWT |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | : | September 13, 2019 |

### RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the defendant, Yale University, through counsel, will take the deposition of the plaintiff, QAZI T. AZAM, pursuant to Rule 30 *et seq.* of the Federal Rules of Civil Procedure on Wednesday, October 16, 2019, at 10:00 a.m. at Clendenen & Shea, LLC, 400 Orange Street, New Haven, Connecticut 06511, before Bonita Cohen or another duly authorized court reporter, which deposition shall continue until completed.

You are invited to attend and cross-examine.

THE DEFENDANT

By: _____
KEVIN SHEA, ESQ. (CT13781)
BENJAMIN LEVITES (CT30481)
Attorneys for Plaintiffs
Clendenen & Shea, LLC
400 Orange Street
New Haven, CT 06511
Telephone: 203-787-1183
Fax: 203-787-2847
kcs@clenlaw.com
bhl@clenlaw.com

CERTIFICATION:

This is to certify that a copy of the foregoing has been sent to all required parties by email on September 13, 2019.

_____
CLENDENEN & SHEA, LLC