Civil- (Dec-2008)

HONORABLE: Alvin W. Thompson

DEPUTY CLERK L. S. Ferguson         RPTR/ECRO/TAPE C. Thompson

TOTAL TIME: _____ hours __46__ minutes

DATE: 11/15/19      START TIME: 4:06 pm     END TIME: 4:52 pm

LUNCH RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:18-cv-01260-AWT

Qazi T. Azam                                    Eugene N. Axelrod

                                                   Plaintiff's Counsel

              vs

Yale University                                 Kevin C. Shea

                                                   Defendant's Counsel

## COURTROOM MINUTES- CIVIL

[✓] Motion hearing              [ ] Show Cause Hearing
[ ] Evidentiary Hearing         [ ] Judgment Debtor Exam
[ ] Miscellaneous Hearing

[✓].....# 27 __ Motion to Compel and for Sanctions          [✓] granted [ ] denied [ ] advisement
[ ].....#_____Motion_____          [ ] granted [ ] denied [ ] advisement
[ ].....#_____Motion_____          [ ] granted [ ] denied [ ] advisement
[ ].....#_____Motion_____          [ ] granted [ ] denied [ ] advisement
[ ].....#_____Motion_____          [ ] granted [ ] denied [ ] advisement
[ ].....#_____Motion_____          [ ] granted [ ] denied [ ] advisement
[ ].....#_____Motion_____          [ ] granted [ ] denied [ ] advisement
[✓] #46 __ Oral Motion to Extend Dispositive Motion deadline   [ ] granted [ ] denied [ ] advisement
[ ]..... Oral Motion_____          [ ] granted [ ] denied [ ] advisement
[ ]..... Oral Motion_____          [ ] granted [ ] denied [ ] advisement
[ ].... Oral Motion_____          [ ] granted [ ] denied [ ] advisement
[ ]..... [ ] Briefs(s) due _____ [ ] Proposed Findings due_____ Response due_____
[✓]............ The Court directs counsel to schedule the plaintiff's deposition and file a   [ ] filed [ ] docketed
[ ]............ Notice on the Docket.                                          [ ] filed [ ] docketed
[✓]............ The Court directs counsel to submit the transcript of Ms. Ovelar's deposition [ ] filed [ ] docketed
[ ]............ to the Court for review and to determine if further deposition testimony is    [ ] filed [ ] docketed
[ ]............ necessary.                                                      [ ] filed [ ] docketed
[ ]............ _____          [ ] filed [ ] docketed
[ ]............ _____ Hearing continued until _____ at _____