## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| QAZI T. AZAM | CIVIL ACTION NO. |
|           Plaintiff, | 3:18-CV-01260-AWT |
| v. | |
| YALE UNIVERSITY | |
|           Defendant. | November 18, 2019 |

### NOTICE OF CONTINUED DEPOSITION

PLEASE TAKE NOTICE that the defendant, Yale University, through counsel, will continue to take the deposition of the plaintiff, QAZI T. AZAM, pursuant to Rule 30 *et seq.* of the Federal Rules of Civil Procedure on Tuesday, December 10, at 10:00 a.m. at Clendenen & Shea, LLC, 400 Orange Street, New Haven, Connecticut 06511, before Bonita Cohen or another duly authorized court reporter, which deposition shall continue until completed.

You are invited to attend and cross-examine.

THE DEFENDANT

By: _____
KEVIN SHEA, ESQ. (CT13781)
BENJAMIN LEVITES (CT30481)
Attorneys for Plaintiffs
Clendenen & Shea, LLC
400 Orange Street
New Haven, CT 06511
Telephone: 203-787-1183
Fax: 203-787-2847
kcs@clenlaw.com
bhl@clenlaw.com

CERTIFICATION:

This is to certify that a copy of the foregoing has been sent to all required parties by email on November 18, 2019.

_____
CLENDENEN & SHEA, LLC